**EXHIBIT "A"**

Int. Cls.: 32 and 33

Prior U.S. Cls.: 45, 46, 47, 48 and 49

Reg. No. 3,092,197

## United States Patent and Trademark Office

Registered May 16, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# RED BULL

RED BULL GMBH (AUSTRIA LTD LIAB CO)
AM BRUNNEN 1
FUSCHL AM SEE, AUSTRIA 5330

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY ENERGY DRINKS AND HYPERTONIC DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 1-31-1987; IN COMMERCE 5-31-1996.

FOR: ALCOHOLIC BEVERAGES, NAMELY VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 7-23-2002; IN COMMERCE 8-15-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,541,794, 2,852,235 AND OTHERS.

SER. NO. 78-347,152, FILED 12-31-2003.

CAROLINE WOOD, EXAMINING ATTORNEY