UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    RED BULL NORTH AMERICA, INC.,
    et al

                    Plaintiff(s)

    -vs-                                  07-Cv-6112T

    SOHO EAST AVENUE, INC., et al

                    Defendant(s)
_____

        Michael E. Pappas, Esq. and Karen C. Marchiano, Esq. have submitted to the Court evidence that they are presently members in good standing of the Bar of California and various federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter. Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Michael E. Pappas, Esq. and Karen C. Marchiano, Esq. are granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee, Michael E. Pappas, Esq. and Karen C. Marchiano, Esq. will be admitted to practice <u>pro</u> <u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.

                                      S/ MICHAEL A. TELESCA
                                      MICHAEL A. TELESCA
                                      United States District Judge

Dated:  Rochester, New York
       May 15, 2007